# UNITED STATES DISTRICT COURT
### Central District of California

GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund

V.

Cahill Printing Co.

**BILL OF COSTS** (LOCAL RULE 54-4)

Case Number: CV11-1167 JFW(CWx)

---

Judgment having been entered in the above entitled action on _July 1, 2011_ against _Cahill Printing Co._,
                                                                Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 | $ 350.00 |
| Fees for service of process: see L.R. 54-4.2 | |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Report's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | |
| State Court costs: see L.R, 54-4.14 | |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |

Other (please itemize)

| | |
|---|---:|
| TOTAL | $ 350.00 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or.
☑ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _[signature]_
Name of Attorney: Thomas J. Brady

Costs are taxed in the amount of _____

_____ By: _____ _____
Clerk of Court          Deputy Clerk            Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | 0.00 |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

**SPECIAL NOTE:** An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that receipts are self-explanatory (i.e. receipts for service to include the name of the individual). The Clerk's designee may disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

**PROCEDURE FOR FILING BILL OF COSTS: Local Rule 54-3.** Within (15) days after the entry of judgment, the party entitled to costs shall electronically file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59. The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents. All costs shall be specified so that the nature of the claim can be readily understood. The Bill of Costs will be electronically filed by the Clerk once determination of allowable costs are made.

**APPEARANCE REQUIREMENTS: Local Rule 54-3.2.** The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed in compliance with L.R. 54-7, then no appearance by counsel is required. In the absence of a timely objection, any item listed may be taxed as requested in the Bill of Costs. When an objection is filed, the Clerk may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk may specify the form of the hearing and determine if telephonic appearances are appropriate. For further details, please consult the Bill of Costs Handbook available on the court's website.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948):** Verification of bill of costs. Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

**Section 1920 of Title 28, which reads in part as follows:** A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

The Federal Rules of Civil Procedure contain the following provisions:

**Rule 54(d)(1)**
Costs Other than Attorney's Fees. Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6(d)**
Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E) or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**
Cost or Fee Awards. Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA009303
Cashier ID: jacash
Transaction Date: 02/08/2011
Payer Name: RAPID LEGAL

CIVIL FILING FEE
 For: RAPID LEGAL
 Case/Party: D-CAC-2-11-CV-001167-001
 Amount:         $350.00

CHECK
 Check/Money Order Num: 6891
 Amt Tendered:   $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```